# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| FRED LEWIS, individually and on behalf of all others similarly situated,<br>            Plaintiff,<br><br>V.<br><br>RJM ACQUISITIONS LLC<br>,<br>            Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: |

TO: (Name and address of defendant)

ALL ABOVE-NAMED DEFENDANTS



**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Irving L. Berg
The Berg Law Group
145 Town Center, PMB 493
Corte Madera, CA  94925

an answer to the complaint which is herewith served upon you, within ⁴⁰ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

<u>Richard W. Wieking</u>
CLERK                                                                                                         DATE_____

      MARY ANN BUCKLEY

_____
(BY) DEPUTY CLERK