Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRED LEWIS, individually and on behalf of
all others similarly situated,

                Plaintiff,

v.

RJM ACQUISITIONS LLC,

                Defendant.
_____/

Case No.: C 08-02297 MMC

**NOTICE OF DISMISSAL WITHOUT
PREJUDICE**

    TO THE PARTIES PLEASE TAKE NOTICE:

    Plaintiff dismisses without prejudice the herein lawsuit as to himself and the putative class

pursuant to FRCP 41 (a)(1)(i).

Dated:  July 7, 2008

                         /s
                         Irving L. Berg
                      THE BERG LAW GROUP
                      145 Town Center, PMB 493
                      Corte Madera, California 94925
                      (415) 924-0742
                      (415) 891-8208 (Fax)

                      ATTORNEY FOR PLAINTIFF