# U. S. DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

**Fred Lewis v. RJM  ACQUISITIONS, Inc.**
U. S. District Court Case No.: C 08-02297 MMC

## PROOF OF MAILING

I declare I am over the age of eighteen years of age and not a party to the within case. My business address is 145 Town Center, PMB 493, Corte Madera, CA  94925. On the date set forth below, I served the:

### DISMISSAL WITHOUT PREJUDICE

by first class, United States mail, postage prepaid at Corte Madera, County of Marin, State of California, and addressed to those parties listed below.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   July 7, 2008                              /s/
                                                                 Irving L. Berg

Chief Executive Officer
RJM Acquisitions LLC
575 Underhill Blvd., Suite 224
Syosset, New York 11791

PROOF OF MAILING